IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION FOR RECONSIDERATION OF DETENTION HEARING AND SETTING CONDITIONS OF RELEASE** |
| vs. | ) ) ) | |
| Agnes Reddog, | ) ) | Case No. 1:19-cr-187 |
| Defendant. | ) | |

On September 12, 2023, the court detained Defendant pending placement at a residential reentry center or a suitable inpatient treatment program. (Doc. No. 66).

On November 21, 2023, Defendant filed a Motion to Reconsider Order of Detention (Doc. No. 77). Defendant advises that she has been accepted into a residential treatment program at the Prairie Recovery Center ("PRC"). She requests that the court conditionally release to PRC staff for transport to PRC so that she can participate the treatment program.

The court **GRANTS** Defendant's motion. (Doc. No. 77). Defendant shall be released to a PRC representative or other person approved by the Probation Office no earlier than 9:00 AM on November 30, 2023, for transport to PRC. Defendant's release shall be subject to the following conditions:

(1)   Defendant must not violate federal, state, tribal, or local law while on release.

(2)   Defendant must appear in court as required and must surrender to serve any sentence imposed.

(3)   Defendant remains subject to and shall comply with all of the conditions of supervised release previously imposed by the court.

(4)  Defendant shall reside at PRC, participate in its programs, and abide by its rules and regulations.

(5)  Defendant must sign all release forms to allow the Probation Officer to obtain information from the treatment facility OR to communicate with facility staff about Defendant's progress in the program.

Any passes allowed by the treatment facility must be approved by the Probation Officer.

If for any reason Defendant is terminated from the treatment program, Defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Probation Officer of Defendant's anticipated completion date so the Court may schedule a hearing to review Defendant's release status.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court