## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Agnes Reddogg, | ) | Case No. 1:19-cr-187 |
| | ) | |
| Defendant. | ) | |

On motion by Defendant, the court issued an order on November 29, 2023, that conditionally released Defendant on November 30, 2023. (Doc. No. 78). The United States Marshals Service has since advised the court that Defendant has an active state warrant. Consequently, the court **VACATES** its order of November 29, 2023. Defendant shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2023.

>                              */s/ Clare R. Hochhalter*
>                              Clare R. Hochhalter, Magistrate Judge
>                              United States District Courtredd