IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **RECONSIDERATION AND SETTING** |
| vs. | ) | **CONDITION OF RELEASE** |
| | ) | |
| Agnes Reddogg, | ) | Case No.  1:19-cr-187 |
| | ) | |
| Defendant. | ) | |

The court previously ordered Defendant detained pending a placement at a residential reentry facility or a suitable inpatient treatment program. (Doc. No. 66).  Defendant is being held at the Burleigh Morton Detention Center in Bismarck, North Dakota.

On December 21, 2023, Defendant filed a Motion to Consider Order of Detention. (Doc. No. 81).  She advises that she has secured a placement in the Prairie Recovery Center's ("Prairie Recovery") inpatient treatment program in Raleigh, North Dakota.  She requests to be released to Prairie Recovery staff for transport to Prairie Recovery so that she can begin treatment.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 81).  Defendant shall be released to staff of Prairie Recovery at 11:00 AM on December 26, 2023, for transport to Prairie Recovery.  Defendant's release is subject to the following conditions:

(1)   Defendant shall not violate federal, state, tribal, or local law while on release.

(2)   Defendant shall appear in court as required and surrender for any sentence imposed.

(3)   Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute,

unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Probation Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4) Defendant shall report to the Probation Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

(7) Defendant shall reside at Prairie Recovery, fully participate in its programming, and comply with all of its rules and regulations.

(8) Defendant must sign all release forms to allow the Probation Officer to obtain information from Prairie Recovery OR to communicate with Prairie Recovery staff about her progress in the program.

Any passes allowed by Prairie Recovery must be approved by the Probation Officer. If for any reason Defendant is terminated from Prairie Recovery's treatment program, she must surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Probation Officer of her anticipated completion date so

the court may schedule a hearing to review her release status.

(9) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Probation Officer at the request of the Probation Officer. Failure to submit to a search may be grounds for revocation of her release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(10) Defendant shall not obtain a passport and other foreign travel document(s).

(11) Defendant must report as soon as possible, to the Probation Office or her supervising Probation Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court