IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Agnes Reddogg, ) | Case No. 1:19-cr-187 |
| ) | |
| Defendant. ) | |

On December 21, 2023, the court issued an order releasing Defendant to staff of the Prairie Recovery Center ("Prairie Recovery") for transport to Prairie Recovery. (Doc. No. 82).

On December 26, 2023, Defendant filed a motion requesting the court to amend its December 21, 2023, order. (Doc. No. 83). Advising that Prairie Recovery was unable to transport her as anticipated due to inclement weather, she requests that the court amend its order and release her on December 28, 2023, to Prairie Recovery staff. In the alternative, she requests that the court vacate its December 21, 2023, order and issue a new order releasing her on December 28, 2023.

Defendant's request that the court vacate its December 21, 2023, order (Doc. No. 84) is **DENIED**. Defendant's request that the court amend its December 21, 2023, order (Doc. No. 83) is **GRANTED**. Defendant shall be released to staff of Prairie Recovery at 11:00 AM on December 28, 2023, for transport to Prairie Recovery. Defendant's release shall be subject to the conditions contained in the court's December 21, 2023 order. If Prairie Recovery staff is unable to transport Defendant as anticipated on December 28, 2023, Defendant shall remain in custody pending further order

1

**IT IS SO ORDERED.**

Dated this 27th day of December, 2023.

                                                               */s/ Clare R. Hochhalter*
                                                               Clare R. Hochhalter, Magistrate Judge
                                                               United States District Court